**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Galveston County Judge Mark Henry, Galveston County Commissioner Ryan Dennard, Galveston County Commissioner Joe Giusti, Galveston County Commissioner Stephen Holmes, and Galveston County Commissioner Ken Clark, in Their Official Capacities as the Galveston County Commissioners Court

Appellate case number:     01-14-00820-CV

Trial court:               56th District Court of Galveston County

Date motion filed:         February 19, 2015

Party filing motion:       Relators

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                        Acting for the Court

Panel consists of Justices Jennings, Higley, and Huddle

Date: April 14, 2015